UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

JOHN NEROWSKI,

    Plaintiff,

v

ESSENDANT CO.,

    Defendant.

Case No. 1:20-cv-00589

Hon. Hala Y. Jarbou

**Certification under W.D. Mich. LCiv.R7.1(d) regarding Defendant's motion *in limine* to exclude Plaintiff's expert testimony regarding his claimed economic damages**

Under W.D.Mich. LCivR 7.1(d) the undersigned certifies that on November 22, 2021, the parties communicated regarding Defendant's motion *in limine* to preclude Plaintiff's expert testimony regarding his claimed economic damages. Plaintiff's counsel advised Defendant that Plaintiff would not consent to the motion.

Respectfully submitted,

PLUNKETT COONEY

Dated:  November 22, 2021

*/s/ Sandra J. Densham*
Sandra J. Densham (P69397)
Attorneys for Defendant
333 Bridge Street NW, Suite 530
Grand Rapids, MI  49504
(616) 752-4600
Direct:  (616) 752-4627

Open.00590.02753.27586982-1