UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN NEROWSKI,

                Plaintiff,

v.                                              CASE NO.: 1:20-CV-589
                                                   JUDGE HALA Y. JARBOU

ESSENDANT INDUSTRIAL LLC,

                Defendant.
_____/

| THOMAS W. WAUN (P34224) | SANDRA J. DENSHAM |
|---|---|
| MICHAEL A. KOWALKO (P36893) | PLUNKETT COONEY |
| JOHNSON LAW, PLC | Attorney for Defendant |
| Attorneys for Plaintiff | 333 Bridge Street NW, Suite 530 |
| 140 E. 2ND Street, Suite 201 | Grand Rapids, MI 49504 |
| Flint, Michigan 48502 | (616) 752-4600 |
| T: (810) 695-6100 | Direct dial: [616] 752-4627 |
| Twaun@venjohnsonlaw.com | sdensham(@)plunkettcooney.com |
| Mkowalko@venjohnsonlaw.com | |

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE
TO EXCLUDE EXPERT TESTIMONY REGARDING PLAINTIFF'S
CLAIMED ECONOMIC DAMAGES**

      Plaintiff by and through his attorneys, Johnson Law, PLC, hereby responds to defendant's Motion in Limine to Exclude Expert Testimony regarding Plaintiff's Claim Economic Damages as follows:

      Plaintiff is not opposed to Defendant's Motion. Plaintiff is not planning to have Dr. Thomson testify at the time of trial.

                                                  Respectfully submitted,

Dated: December 3, 2021          By:_____
                                                      THOMAS W. WAUN (P34224)
                                                      MICHAEL A. KOWALKO (P36893)
                                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

   Undersigned hereby states that on December 3, 2021, she caused the foregoing pleading to be filed electronically with the United States District Court for the Western District of Michigan, and that a copy of said pleading was served upon all parties having appeared in this matter via email to their respective counsel of record, through the Court's CM/ECF electronic filing system.

_____
Tammy Boyd