UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN NEROWSKI,

    Plaintiff,

v.                                              Hon. Hala Y. Jarbou

ESSENDANT CO.,                     Case No. 1:20-cv-00589

    Defendant.

**ORDER**

This matter is before the Court on Defendant's motion for entry of order compelling Plaintiff to submit to a neuropsychological examination [or] in the alternative, motion to strike Plaintiff's proffered forensic psychiatric expert Gerald Shiener, M.D. (ECF No. 61). For the reasons stated on the record at the hearing held December 7, 2021, the motion (ECF No. 61) is granted in part and denied in part. Plaintiff shall submit to a neuro-psychologist examination on December 9, 2021, or such time as the parties mutually agree. The scope of the report is limited to a response to Dr. Shiener.

    IT IS SO ORDERED.

Dated: December 7, 2021                                           /s/ Sally J. Berens
                                                                               SALLY J. BERENS
                                                                               U.S. Magistrate Judge