UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN NEROWSKI,

    Plaintiff,

v.

Case No. 1:20-cv-589

Hon. Hala Y. Jarbou

ESSENDANT CO.,

    Defendant.
_____/

## ORDER

The Court having reviewed Defendant's Motion *in Limine* and Brief in Support to Exclude Expert Testimony Regarding Plaintiff's Claimed Economic Damages (ECF No. 63),

**IT IS ORDERED** that Defendant's Motion *in Limine* and Brief in Support to Exclude Expert Testimony Regarding Plaintiff's Claimed Economic Damages (ECF No. 63) is **DENIED AS MOOT**.

Dated: December 8, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE