## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DISTRICT

## MINUTES

JOHN NEROWSKI,

     Plaintiff,

v.

ESSENDANT CO.,

     Defendant.

_____/

CASE NO. 1:20-cv-00589
DATE: February 24, 2022
TIME: 10:01 AM – 10:08 AM
      11:26 AM – 11:29 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Thomas William Waun

DEFENDANT(S):
Sandra J. Densham

## PROCEEDINGS

NATURE OF HEARING:
Final pretrial conference/settlement conference held; case settled.

COURT REPORTER:   Genevieve Hamlin                    /s/ A. Seymore
                                                      CASE MANAGER